MORTON FREDERICK, Respondent, v. HERBERT R. STEINER and Others, Appellants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CADILLAC REALTY CO., INC., Appellant, v. GUSTAVE J. FLEISCHMANN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

REANNA REALTY CORPORATION and Another, Respondents, v. C. BERTRAM PLANTE and Others, Appellants, Impleaded with Others.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs, and the twenty dollars costs of the motions awarded at Special Term. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of BENJAMIN LEHMAN, Respondent, v. DULIO TUMIOLI, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

EVELYN BURRELL, Respondent, v. THE CITY OF NEW YORK, Defendant, Impleaded with TUDOR CITY TWELFTH UNIT, INC., and FRED F. FRENCH MANAGEMENT Co., INC., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

EUGENE CAREY, Appellant, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

A. WARTELS EMPLOYEES, INC., Appellant, Respondent, v. AARON WARTELS and WARTELS & RUGOFF, INC., Respondents, Appellants.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

OWEN EVANS, BOBBYE EVANS and NETTIE BENNETT, Respondents, v. THIRD AVENUE RAILWAY COMPANY, Appellant, Impleaded with Others. RAY JEFFERSON, Respondent, Appellant, v. ROBERT FREEMAN, Respondent, and THIRD AVENUE RAILWAY COMPANY, Appellant. CARRIE WADE, Plaintiff, v. THIRD AVENUE RAILWAY COMPANY, Defendant. ROBERT FREEMAN, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Judgment unanimously affirmed, with costs to the respondents Owen Evans, Bobbye Evans and Nettie Bennett, Ray Jefferson and Robert Freeman, against the appellant Third Avenue Railway Company. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.